IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00082-CMA-KLM

JAY FISHER,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Stipulated Motion Regarding Withdrawal of Defendant's Motion for More Definitive** [sic] **Statement and Stipulated Motion to Extend the Deadline for Defendant to File its Answer to Complaint** [Docket No. 10; Filed March 11, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant shall answer or otherwise respond to the Complaint on or before **March 20, 2009**.

    IT IS FURTHER **ORDERED** that **Defendant's Motion for More Definite Statement** [Docket No. 8; Filed February 20, 2009] is **WITHDRAWN**, and will not be ruled upon by the Court.

    Dated: March 11, 2009