**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00082-CMA-KLM

JAY FISHER,

     Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

     Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (Doc. #

27) and being fully advised in the premises, DOES HEREBY ORDER that this case is

Dismissed with Prejudice, with each party to pay his or its own attorney's fees and

costs.

DATED: June 4, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge